IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL POTTS #392716,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-00776 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| **WARDEN VANTALE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Daniel Potts, an inmate at Trousdale Turner Correctional Center, filed this pro se civil rights case under 42 U.S.C. § 1983. On August 7, 2023, the Court denied Plaintiff's application to proceed as a pauper without prejudice, sent him a blank complaint form, and directed him to resolve the filing fee and return the complaint form within 30 days. (Doc. No. 5). At that time, the Court warned Plaintiff that this case would be dismissed if he failed to comply with these instructions. (*Id.* at 3).

The deadline has passed, and Plaintiff has not responded to the Court's Order. Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE